AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Darrell Kinsey,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-6074-Valle<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 9, 2020,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Threats or Violence |
| 18 U.S.C. § 924(c)(1)(A) | Brandishing a Firearm During and In Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Carl Schlosser, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/14/2020

*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carl Schlosser, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have served in this capacity since October 2018. Since October 2019, I have been assigned to the FBI Miami Division, specifically the Violent Crimes and Fugitive Task Force. My duties include investigating bank robberies, Hobbs Act robberies, extortion, kidnappings, and other violations of federal law. In addition to serving in this capacity, I serve as a Police Detective with the Miramar Police Department and have done so since 2010. In this capacity, I investigated property crimes and crimes against children and the elderly.

2. I make this Affidavit in support of a criminal complaint charging **DARRELL KINSEY** with one count of violating Title 18, United States Code, Section 1951(a) (interference with commerce by threats or violence), and one count of violating Title 18, United States Code, Section 924(c)(1)(A) (brandishing a firearm in relation to a crime of violence).

3. I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

### PROBABLE CAUSE

4. On or about January 9, 2020, at approximately 12:15 p.m., two black males, one of whom law enforcement believes to be Kinsey based on information described below, entered the Family Dollar Store. ("Family Dollar"), located at 6830 Miramar Parkway, Miramar, Florida.

Family Dollar is a business that conducts business in and affecting interstate commerce. Kinsey and the other black male ("BM") entered the store wearing hooded sweatshirts but no masks or gloves. Once inside, BM selected an item from the counter display before handing it to the female clerk. BM then asked the clerk to provide him with some of the tobacco products displayed behind her. The Family Dollar's surveillance system shows Kinsey seemingly perusing the display rack as if he was shopping. After the clerk retrieved the requested products, BM jumped onto and over the counter, at which time Kinsey brandished a black firearm and pointed it in the direction of the clerk. BM then ordered the clerk to open the register. The clerk, who reported being afraid and visibly shaking, complied. BM occasionally coaxed the clerk to move faster by pushing her back and shoulders. While this transpired, Kinsey stood by and continued pointing the firearm at the clerk. During the robbery, an unidentified female entered the store. Upon observing what was transpiring, the female attempted to leave but Kinsey grabbed her, forced her to the ground, and took her wallet.[1] As BM took cash from the register, a male customer ("MC"), who was unaware of the robbery, approached the counter in order to complete a transaction. Upon seeing MC, Kinsey pointed the firearm at him and ordered him to the ground. Kinsey then took MC's iPhone XS and wallet. Upon obtaining the iPhone XS and wallet, Kinsey jumped onto and over the counter and grabbed some cigarettes from the rack. Kinsey then hopped back over the counter before pointing the gun back at the clerk. Kinsey then directed the clerk to leave from behind the counter. Kinsey then jumped over the counter again, took money out of the register, checked under the cash drawer, and then took additional cigarettes. BM then collected the cash and checked under the cash drawer one additional time. Kinsey and BM then fled the scene. The total loss was approximately two hundred dollars

---

[1] The female departed from the store prior to law enforcement arriving on scene.

($200.00) in United States currency and cigarettes valued at approximately three hundred and seventy-five dollars ($375.00) in United States currency.

5. On or about January 9, 2020, after the robbery occurred, law enforcement arrived on scene and collected some of the cigarette boxes that Kinsey had grabbed but fell out of his hand. Law enforcement conducted a latent print examination of the cigarette boxes and found Kinsey's fingerprint on at least one cigarette box.

6. On or about January 28, 2020, law enforcement presented a double-blind lineup comprised of six photographs, one of which depicted Kinsey, to MC. MC positively identified Kinsey as the individual who robbed him of his iPhone XS and wallet on or about January 9, 2020. The photographs used in the lineup were derived from the Florida Driver and Vehicle Identification Database (DAVID) system and prior booking photographs.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

I respectfully submit that probable cause exists that, on or about January 9, 2020, Darrell Kinsey committed a violation of Title 18, United States Code, Section 1951(a) (interference with commerce by threats or violence) (Count 1), and a violation of Title 18, United States Code, Section 924(c)(1)(A) (brandishing a firearm in relation to a crime of violence) (Count 2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
TASK FORCE OFFICER CARL SCHLOSSER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this ____ day of February 2020.

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE